686

No. 489. SAMARA v. UNITED STATES. December 7, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Prew Savoy* and *Max Turner* for petitioner. *Solicitor General Fahy, Assistant Attorney General Clark,* and *Mr. Sewall Key* and *Mrs. Maryhelen Wigle* for the United States.

No. 501. CITY OF DUBUQUE BRIDGE COMMISSION v. BOARD OF REVIEW FOR THE CITY OF DUBUQUE. December 7, 1942. Petition for writ of certiorari to the Supreme Court of Iowa denied. *Mr. E. Marshall Thomas* for petitioner. *Mr. Charles S. Rhyne* for respondent.

No. 505. PAPER CONTAINER MFG. Co. v. DIXIE-VORTEX Co. December 7, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Samuel E. Darby, Jr.* for petitioner. *Mr. Charles W. Hills* for respondent.

No. 508. VIM SECURITIES CORP. v. COMMISSIONER OF INTERNAL REVENUE. December 7, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Llewellyn A. Luce* and *William J. Byrne* for petitioner. *Solicitor General Fahy, Assistant Attorney General Clark,* and *Messrs. Sewall Key* and *Bernard Chertcoff* for respondent.

No. 509. VAN WORMER v. CHAMPION PAPER & FIBRE Co. December 7, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Walter F. Murray* for petitioner.